STATE of Missouri, Respondent,

v.

Don SCHNEITER; Appellant.

No. WD 39349.

Missouri Court of Appeals,
Western District.

March 15, 1988.

Robert G. Smith, Brookfield, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and NUGENT and MANFORD, JJ.

PER CURIAM:

### ORDER

Appeal from conviction of selling a controlled substance, § 195.020, RSMo 1986, and sentence of five years' imprisonment.

Affirmed. Rule 30.25(b).